USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  10/19/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**GLORIA BELL,**

                              **Plaintiff,**

-against-

**ISS FACILITY SERVICES, INC.,**

                             **Defendant.**

**1:20-cv-07217 (ALC)**

**Order**

---

**ANDREW L. CARTER, JR., United States District Judge:**

On September 3, 2020, Plaintiff Gloria Bell filed a complaint against Defendant ISS Facility Services, Inc. ECF No. 1. Defendant filed an answer on October 16, 2020 raising various affirmative defenses, including failure to state a claim and failure to join a necessary party. ECF No. 10. The parties should submit a joint status report by October 30, 2020 providing details regarding how the parties would like to proceed with the litigation.

**SO ORDERED.**

Dated: October 19, 2020
       New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**