```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/17/2020__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**GLORIA BELL,**

                       **Plaintiff,**

        -against-

**ISS FACILITY SERVICES, INC., ET AL.,**

                       **Defendants.**

**1:20-cv-07217 (ALC)**

**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

        The Court is in receipt of Defendant ISS Facility Services, Inc.'s Answer filed on December 15, 2020. ECF No. 29. The Parties are hereby **ORDERED** to submit a joint status report, including the status of service on ABM Industries Inc., by December 31, 2020. Plaintiff is hereby **ORDERED** to file proof of service of the Amended Complaint for Defendants who have already been served by December 31, 2020.

**SO ORDERED.**

Dated:  December 17, 2020
         New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**