USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

GLORIA BELL,

                            Plaintiff,                        20-CV-7217 (ALC) (KHP)

          -against-                                        **ORDER**

ISS FACILITY SERVICES, INC. and ABM
INDUSTRIES INC.,

                            Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    On May 11, 2021 the Court issued a Scheduling Order requiring the parties to submit a status report by June 11, 2021.  (ECF No. 49.)  The parties failed to submit any such status report.  Accordingly, the Court will afford the parties until **June 25, 2021** to submit a brief joint letter to the Court – not to exceed three pages in length – setting forth the status of discovery in this case and any disputes that may require judicial intervention.

    SO ORDERED.

DATED:     New York, New York
               June 17, 2021

                                                         _____
                                                           KATHARINE H. PARKER
                                                          United States Magistrate Judge