```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GLORIA BELL,

                              Plaintiff,

       -against-

ISS FACILITY SERVICES, INC. and ABM
INDUSTRIES INC.,

                            Defendants.

----------------------------------------------------------------X

20-CV-7217 (ALC) (KHP)

ORDER SCHEDULING SETTLEMENT CONFERENCE

**KATHARINE H. PARKER, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Tuesday, January 25, 2022 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **January 18, 2022 by 5:00 p.m.**

      SO ORDERED.

DATED:     New York, New York
                 November 29, 2021

                                               _____
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge