USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLORIA BELL,

                                 Plaintiff,

        -against-

ISS FACILITY SERVICES, INC. and ABM
INDUSTRIES INC.,

                                 Defendants.
-----------------------------------------------------------------X

20-CV-7217 (ALC) (KHP)

**ORDER CONVERTING**
**SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The settlement conference in this matter scheduled for **Tuesday, January 25, 2022 at 2:00 p.m.** is hereby converted to a telephonic conference. Parties must attend with their counsel. Corporate parties must also attend with the person with decision making authority to settle the matter. Attendees are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.** A security code will be emailed to counsel by chambers for this proceeding.

      SO ORDERED.

DATED:     New York, New York
                January 5, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge